IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| RYAN MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180157G |
| | ) | |
| v. | ) | |
| | ) | |
| CLACKAMAS COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL[1]** |

Defendant moved for summary judgment pursuant to an agreed briefing schedule, but Plaintiff did not file a response by the deadline. The court then issued its Order to Show Cause, requiring Plaintiff to file a letter or be dismissed. Plaintiff did not file a response to the court's order. Plaintiff has abandoned his appeal. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ____ day of October, 2018.

POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Poul F. Lundgren and entered on October 8, 2018.*

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered September 20, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).